■ ROBERT PHILLIPS et al., Appellants, v COUNTY OF MONROE et al., Respondents, et al., Respondent. [858 NYS2d 645]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Centra, Green and Gorski, JJ.

■ In the Matter of SUSAN A. PAIGE, Respondent, v ROBERT E. PAIGE, Appellant. [858 NYS2d 646]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Smith, Fahey and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERISE GRAHAM, Appellant. [858 NYS2d 645]—Appeal dismissed as abandoned. Counsel's motion to be relieved of assignment granted. (Appeal from Judgment of Jefferson County Court, Kim H. Martusewicz, J.—Criminal Possession Controlled Substance, 5th Degree). Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARLE E. McINTOSH, Appellant. [858 NYS2d 644]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Patricia D. Marks, J.—Criminal Possession Controlled Substance, 1st Degree). Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE LOSEY, Appellant. [858 NYS2d 643]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Mark H. Dadd, J.—Attempted Assault, 2nd Degree). Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN D. JUSTICE, Appellant, v DONALD LIVINGSTON, Superintendent, Erie County Holding Center, et al., Respondents. [858 NYS2d 645]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMANUEL TUCKER, Appellant. [858 NYS2d 643]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Penny M. Wolfgang, J.—Criminal Possession of Stolen Property, 5th Degree). Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Peradotto, JJ.